**VACATE and DISMISS and Opinion Filed January 28, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00457-CV

**JACQUELINE SHELBY, TIMOTHY SHELBY AND/OR ALL OTHER OCCUPANTS 6108 LAKE VISTA DRIVE, DALLAS, TEXAS 75249, Appellants**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-01373-E**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Reichek

Stating they have settled all outstanding disputes and that the appeal has become moot because appellee no longer owns the property at the center of the controversy, the parties have filed a joint motion to vacate the trial court's judgment and dismiss the case with prejudice. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion and, without regard to the merits, vacate the trial court's April 4, 2019 judgment and dismiss the case with prejudice. *See id.* 42.1(a), 43.2(e).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190457F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JACQUELINE SHELBY, TIMOTHY
SHELBY AND/OR ALL OTHER
OCCUPANTS 6108 LAKE VISTA
DRIVE, DALLAS, TEXAS 75249,
Appellants

No. 05-19-00457-CV     V.

WELLS FARGO BANK, N.A., Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-01373-E.
Opinion delivered by Justice Reichek,
Justices Molberg and Evans participating.

In accordance with this Court's opinion of this date and without regard to the merits, we **VACATE** the trial court's April 4, 2019 final judgment and **DISMISS THE CASE WITH PREJUDICE**.

Subject to any agreement among the parties, it is **ORDERED** that appellee Wells Fargo Bank, N.A. recover its costs, if any, of this appeal from appellants Jacqueline Shelby, Timothy Shelby and/or All Other Occupants 6108 Lake Vista Drive, Dallas, Texas 75249.

Judgment entered January 28, 2020